*WHEN RECORDED MAIL TO:*

JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
6355 Topanga Canyon Blvd., Suite 115
Woodland Hills, CA 91367

**FOR OFFICE USE ONLY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PRODUCT PARTNERS, LLC | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 10-04891 JFW (AJWx) |
| v. | |
| WAYNE BATCHELOR | ABSTRACT OF JUDGMENT/ORDER |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 11/08/2010

in favor of Product Partners, LLC

whose address is 3301 Exposition Blvd., Santa Monica, CA 90404

and against Wayne Batchelor

whose last known address is 465 Maplegrove Avenue, Uniondale, New York 11553

for $ 2,150,000.00    Principal,   $ 0.00    Interest,   $ 0.00    Costs,

and $ 5,600.00    Attorney Fees.

ATTESTED this _8th_ day of _December_, 20 10.

Judgment debtor's driver's license no. and state; _____ ☒ Unknown.

Judgment debtor's Social Security number; _____ ☒ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

465 Maplegrove Avenue
Uniondale, New York 11553

CLERK, U. S. DISTRICT COURT

JULIE PRADO

By _____
Deputy Clerk   SEAL

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (06/01)    ABSTRACT OF JUDGMENT/ORDER